UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

LEONEL DAVID TORRES BASANTA,                                    )
    Petitioner,                                                )
        v.                                                 )
                                                            )
Donald J. Trump, in his official capacity as President of       )
the United States; David Wesling, in his official capacity      )
as Acting Boston Field Office Director, Immigration &           )
Customs Enforcement, Enforcement & Removal Operat-              )
ions; Todd M. Lyons, in his official capacity as Acting         ) No. 26-cv-145
Director, U.S. Immigration & Customs Enforcement;               )
Pete R. Flores, in his official capacity as Acting              )
Commissioner for U.S. Customs & Border Protections;             )
Markwayne Mullin, in his official capacity as Secretary         )
of the U.S. Dep't of Homeland Security; Todd Blanche,           )
in his official capacity as Acting U.S. Attorney General;       )
David W. Johnston, in his official capacity as Director of      )
the Vermont Sub-Office of the Boston Field Office for           )
Immigration & Customs Enforcement; and Greg Hale,               )
Superintendent, Northwest State Correctional Facility,          )
Respondents.                                                    )

## ORDER

In order to preserve this Court's jurisdiction based on the inherent equitable

powers of this Court, and pursuant to the All-Writs Act, 28 U.S.C. § 1651, it is

ordered that the Petitioner, Leonel David Torres Basanta, not be removed from the

United States or moved out of the territory of the District of Vermont pending

further order of this Court.

April 24, 2026.                             /s/Geoffrey W. Crawford
                                        U.S. District Judge