U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 APR 29 PM 2: 06

CLERK

BY_____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

LEONEL DAVID TORRES BASANTA,  )
)
Petitioner,  )
)
v.  )    Case No. 2:26-cv-145
)
DONALD J. TRUMP, in his official capacity  )
as President of the United States, et al,  )
)
Respondents.  )

## FINAL JUDGMENT ORDER

This habeas petition follows the detention of petitioner at the border crossing at Highgate, Vermont on April 21, 2026. The court held an initial hearing on April 29, 2026. Following the decision of the Second Circuit Court of Appeals in *Cunha v. Freden,* No. 25-3141 (April 28, 2026), the parties agree that petitioner is entitled to a bond hearing.

Pursuant to 28 U.S.C. § 2241, the court GRANTS the petition for habeas relief and orders that respondents provide petitioner with a bond hearing before an immigration judge within seven (7) days (not later than May 6, 2026). If a bond hearing does not occur within seven days, respondents shall release him from detention.

The court DENIES as moot petitioner's motion for the appointment of counsel.

Dated at Burlington, in the District of Vermont, this 29th day of April, 2026.

Geoffrey W. Crawford, Judge
United States District Court

JUDGMENT ENTERED ON DOCKET
DATE: 4/30/26