U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 APR 30 AM 11: 34

CLERK

BY_____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

LEONEL DAVID TORRES BASANTA,            )
                                         )
        Petitioner,                      )
                                         )
        v.                               )        Case No. 2:26-cv-145
                                         )
DONALD J. TRUMP, in his official capacity )
as President of the United States, et al, )
                                         )
        Respondents.                     )

## AMENDED JUDGMENT ORDER

The court amends the order issued on April 29, 2026, in one respect: the bail hearing required by *Cunha v. Freden* will occur in this court in place of the immigration court. The hearing is set for May 1, 2026, at 10:00 am. The court appoints Barclay Johnson of the Office of the Federal Public Defender as counsel for Mr. Basanta for purposes of the hearing.

Dated at Burlington, in the District of Vermont, this 30th day of April, 2026.

Geoffrey W. Crawford, Judge
United States District Court